# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2124
Lower Tribunal No. 2022-CA-010281-O

_____

MOLIERE DIMANCHE,

Appellant,

v.

JULIA L. FREY, as Successor Trustee of the CICERO B. GREATHOUSE AND QURENTIA P. THROM REVOCABLE TRUST DATED OCTOBER 4, 2000, as amended and restated,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Emerson R. Thompson, Jr., Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Moliere Dimanche, Orlando, pro se.

James E. Walson, Rebecca E. Rhoden and Michael D. Piccolo, of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED